◼ JULIE MILLER, Individually and as Administrator of the Estate of CHARLES J. MILLER, Deceased, Appellant, v MARVIN GALLER, M.D., Defendant, and GEORGE KOTLEWSKI, M.D., Respondent. (Appeal No. 3.) [844 NYS2d 749]—Appeal from a judgment of the Supreme Court, Erie County (Joseph D. Mintz, J.), entered June 2, 2006 in a medical malpractice and wrongful death action. The judgment, upon a jury verdict, dismissed the complaint against defendant George Kotlewski, M.D.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Miller v Galler* ([appeal No. 2] 45 AD3d 1325 [2007]). Present—Scudder, P.J., Gorski, Lunn, Peradotto and Green, JJ.